AO 458  (Rev. NJ 03/14) Notice of Appearance - Criminal

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALEX FLEYSMAKHER<br>Defendant. | NOTICE OF APPEARANCE IN A<br>CRIMINAL CASE<br><br>Case No.   18-CR-462 |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:   ALEX FLEYSMAKHER
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s), as of the indicated year of admission, and that I am not the subject of suspension or disbarment from any Court.

NEW JERSEY/PENNSYLVANIA/HAWAII
Court(s) + CORRESPONDING FEDERAL COURTS

1994; 1994; 1992
Year(s) of Admission

09/19/19
Date

[Signature]
Signature of Attorney

HENRY E. KLINGEMAN
Print Name

60 PARK PLACE
SUITE 1100
Address

NEWARK, NJ 07102
City, State, Zip Code

hklingeman@kravatin.com
Email Address

973-714-3474
Phone Number

973-424-9779
Fax Number