

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

970 Broad Street
Newark, New Jersey 07102

(973)645-2700

September 26, 2019

VIA EMAIL

Gina Hernandez-Buckley
Courtroom Deputy to the Hon. Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street
Trenton, N.J. 08608

Re: Docket No. 18-cr-462 (MAS)

Dear Ms. Hernandez-Buckley:

I am writing to clarify the order in which the defendants should be listed on the docket in *United States v. Khaimov, et al.*, 18-462 (MAS). Specifically, the defendants should be listed based on the order in which they appear in the caption on the first page of the superseding indictment, so that:

- Samuel Khaimov is defendant number 1;
- Yana Shtindler is defendant number 2;
- Ruben Sevumyants is defendant number 3; and
- Alex Fleyshmakher is defendant number 4.

Please let me know if you have any questions.

Sincerely,

/s/ Joshua L. Haber
By: Joshua L. Haber
Jason S. Gould
Assistant U.S. Attorneys

So Ordered this 1st day
of October, 2019

Hon. Michael Shipp, USDJ